# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NATHANIEL WRIGHT**                                                                 **PLAINTIFF**

v.                       No: 4:21-cv-00547-JM-PSH

**RODNEY WRIGHT,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE